UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61860-LEIBOWITZ

RSM U.S. LLP,

     *Plaintiff*,

v.

RANDOLF NOTES,

     *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 98].  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*.  Each party shall bear its own attorneys' fees and costs.  The *Clerk of Court* is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

     **DONE AND ORDERED** in the Southern District of Florida on November 14, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record